**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHEN EATON, | No.  2:25-cv-0945-DC-DMC |
| Plaintiff, | |
| v. | ORDER |
| CITY OF CHICO, et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action.  A settlement conference is scheduled for June 1, 2026, at 9:30 a.m., before the undersigned via Zoom.  On or before May 25, 2026, the parties must execute and file the attached Waiver of Disqualification to allow the undersigned to conduct the settlement conference.  If waivers are not filed by all parties participating in the settlement conference by this date, the hearing will be vacated and the matter will be referred to another Magistrate Judge for purposes of conducting a settlement conference.

IT IS SO ORDERED.

Dated:  May 20, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| STEPHEN EATON,<br><br>                 Plaintiff,<br><br>        v.<br><br>CITY OF CHICO, et al.,<br><br>                 Defendants. | No.  2:25-cv-0945-DC-DMC |

WAIVER OF DISQUALIFICATION

        Pursuant to Eastern District of California Local Rule 270(b), the parties to the herein action affirmatively request that the assigned Magistrate Judge participate in the settlement conference and further, the parties waive any claim of disqualification to Judge Cota thereafter hearing and determining matters in this case in accordance with 28 U.S.C. § 636(b)(1) and Eastern District of California Local Rule 302.


DATED: _____      _____
                                                    By:  For Plaintiff(s)


DATED: _____      _____
                                                    By:  For defendant(s)

2